IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$34,900.00 in United States Currency,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING MOTION TO COMPEL<br><br>Case No. 2:11-cv-490 DAK<br><br>District Judge Dale A. Kimball<br><br>Magistrate Judge Brooke Wells |

Before the Court is the United States of America's Motion to Compel Michael Starke Schmidt to respond to Plaintiff's Special Interrogatories.[1]  Plaintiff filed the motion on March 23, 2012 and a memorandum in support on March 26, 2012.  Mr. Schmidt's counsel was served on those same dates.  As of the date of this decision there has been no opposition filed and the time to do so under DUCivR 7-1 has passed.

Accordingly, pursuant to Local Rule 7-1(d) and for good cause shown, the Court GRANTS Plaintiff's Motion to Compel.  Mr. Schmidt is ORDERED to provide responses to Plaintiff's Special Interrogatories <u>on or before May 18, 2012</u>.

DATED this 19 April 2012.

_____
Brooke C. Wells
United States Magistrate Judge

---

[1] Docket no. 12.