IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>               Plaintiff,<br>vs.<br><br>**$34,900 in United States Currency,**<br><br>               Defendant.<br><br>**MICHAEL STARKE SCHMITT,**<br><br>               Third-Party Claimant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No.  2:11CV490 DAK |

     On July 12, 2012, the Magistrate Judge issued a Report and Recommendation pertaining to the motion filed by the United States of America to Strike the Claim and Answer of Michael Starke Schmitt pursuant to Rule G(8)(c)(i)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  On July 12, 2012, the Magistrate Judge issued a thorough Report and Recommendation in which she recommended that the United States' motion be granted.

     No objection to the Report and Recommendation has been filed, and the time for doing so has passed.  After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation in its entirety.  Accordingly, the United States' Motion to Strike the Claim and Answer of Michael Starke Schmitt is GRANTED, and Mr. Schmitt's Claim and Answer in this action is hereby STRICKEN.

DATED this 2nd day of August, 2012.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge